Aaron **HOLSEY, Petitioner–Appellant,**

v.

**William W. SONDERVAN, Commissioner, Respondent–Appellee.**

No. 01–8093.

United States Court of Appeals, Fourth Circuit.

Submitted April 30, 2002.

Decided May 22, 2002.

Aaron Holsey, Appellant Pro Se.

Before WILKINS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Aaron Holsey appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition and denying his motions for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. *See Holsey v. Sondervan,* No. CA–01–2558–JFM (D. Md. Sept. 25, 2001; Oct. 9, 2001; filed Dec. 3, 2001, entered Dec. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*